## Eyck O. Lugo Rivera

| | |
|---|---|
| **From:** | Eyck O. Lugo Rivera |
| **Sent:** | Wednesday, April 3, 2024 5:46 PM |
| **To:** | Tessie Leal Garabis; Jairo Mellado |
| **Cc:** | Adriana Vega Hernández; Anna Caban |
| **Subject:** | RE: Global Sales Group, Corp. v. Senci Power USA, Inc. d/b/a A-iPower Corp., Case No. 23-1213 (SCC), U.S. District Court for the District of Puerto Rico |

Dear counsel,

We hereby confirm Tulio and Emily Figueroa's availability for the taking of their depositions between April 23 to April 25. Please confirm final dates and times so I can confirm with our client.

As to Plaintiff's factual depositions of the three available A-iPower representatives, we are proposing the dates of May 16 and 17th for their in-person depositions in Los Angeles. Please confirm their availability for these dates.

Finally, and as to you announced intent to depose Mr. Christopher Giallanza, Plaintiff objects to the taking of this deposition and will serve its formal, detailed objection to the same by separate communication.

Cordially,



**Eyck O. Lugo, Esq.**

252 Ponce de León Avenue, Citi Tower, 12th Floor, San Juan, PR 00918
**E** elugo@edgelegal.com **T** 787.522.2016 **F** 787.522.2010 **W** www.edgelegal.com

CONFIDENTIALITY NOTICE: This e-mail and any files transmitted with it are private and confidential and are solely for the use of the addressee. It may contain material which is legally privileged. If you are not the addressee or the person responsible for delivering to the addressee, be advised that you have received this e-mail in error and that any use of it is strictly prohibited. Please notify the sender immediately and do not disclose the contents to any other person, use it for any purpose, or store or copy the information in any medium. Copyright in this e-mail and attachments created by us belongs to EDGE Legal (US) LLC and/or its affiliates: the author also asserts the right to be identified as such and object to any misuse.

EDGE Legal LLC-Online Scheduling Page