AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| GLOBAL SALES GROUP, CORP. )<br>*Plaintiff* )<br>v. )<br>SENCI POWER USA, INC. D/B/A A-IPOWER, CORP. )<br>)<br>*Defendant* ) | Civil Action No. 23-cv-01213(SCC) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Christopher Giallanza
The Home Depot Headquarters, 2455 Paces Ferry Road Northwest, Atlanta, GA 30339, United States

*(Name of person to whom this subpoena is directed)*

☑ Testimony: YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:

| Place: Videoconference | Date and Time: 04/30/2024 10:00 am |
|---|---|

The deposition will be recorded by this method:

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 04/05/2024

*Ada I. Garcia Rivera, Esq., CPA*
*CLERK OF COURT*

OR

*Signature of Clerk or Deputy Clerk*                *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* SENCI POWER USA, INC. D/B/A A-IPOWER, CORP.                , who issues or requests this subpoena, are:
Jairo Mellado-Villarreal / 165 Ponce de Leon Ave., Suite 102, San Juan, PR 00917-1235 / jmellado@mellado.com / (787)-767-2600

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 23-cv-01213(SCC)

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* Christopher Giallanza
was received by me on *(date)* 04/05/2023 .

☑ I served the subpoena by delivering a copy to the named person as follows: Rodney Hines, Security Supervisor, The Home Depot Headquarters, 2455 Paces Ferry Road Northwest, Atlanta, GA 30339
                                                                                  on *(date)* 04/11/2024   ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date:   04/16/2024

_____
Server's signature

Randal L. George
*Printed name and title*

4164 Indian Trace, SW
Lilburn GA 30047

*Server's address*

Additional information regarding attempted service, etc:
Served: SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION