# Eyck O. Lugo Rivera

| | |
|---|---|
| **From:** | Tessie Leal Garabis <tleal@mellado.com> |
| **Sent:** | Tuesday, April 9, 2024 6:45 PM |
| **To:** | Eyck O. Lugo Rivera; Jairo Mellado |
| **Cc:** | Adriana Vega Hernández; Anna Caban |
| **Subject:** | RE: Global Sales Group, Corp. v. Senci Power USA, Inc. d/b/a A-iPower Corp., Case No. 23-1213 (SCC), U.S. District Court for the District of Puerto Rico |
| **Attachments:** | Subpoena for Deposition - Christopher Giallanza.pdf |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear counsel:

After discussing the matter of the depositions with our client we inform you that they are not available on the week of May 6th. However, they can be available in California from May 20-24.

Also, we hereby include a copy of the subpoena for Christopher Giallanza. We are currently in the process of servicing the same. Once the subpoena is dully served, we will send you a copy of the same.

Best,

Tessie

Tessie Leal Garabís, Esq.
Mellado & Mellado-Villarreal
165 Ponce de León Ave.
Suite 102
San Juan, Puerto Rico 00917-1233
Phone 787-767-2600/Fax 787-767-2645

 Please consider the environment before printing this email.

DISCLAIMER

This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

---

**From:** Eyck O. Lugo Rivera <elugo@edgelegal.com>
**Sent:** Tuesday, April 9, 2024 3:16 PM
**To:** Tessie Leal Garabis <tleal@mellado.com>; Jairo Mellado <jmellado@mellado.com>
**Cc:** Adriana Vega Hernández <avh@edgelegal.com>; Anna Caban <acaban@edgelegal.com>
**Subject:** RE: Global Sales Group, Corp. v. Senci Power USA, Inc. d/b/a A-iPower Corp., Case No. 23-1213 (SCC), U.S. District Court for the District of Puerto Rico

Dear counsel,