# Eyck O. Lugo Rivera

| | |
|---|---|
| **From:** | Tessie Leal Garabis <tleal@mellado.com> |
| **Sent:** | Wednesday, April 17, 2024 11:46 AM |
| **To:** | Anthony Ramos; Eyck O. Lugo Rivera; Adriana Vega Hernández |
| **Cc:** | Jairo Mellado |
| **Subject:** | RE: GSG vs AIP - AIP letter in response to GSG |
| **Attachments:** | Served Subpoena - Christopher Giallanza.pdf |

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Counsel:

Attached is the subpoena served on Mr. Giallanza with the corresponding proof of service.

Best,

Tessie

Tessie Leal Garabís, Esq.
Mellado & Mellado-Villarreal
165 Ponce de León Ave.
Suite 102
San Juan, Puerto Rico 00917-1233
Phone 787-767-2600/Fax 787-767-2645

 Please consider the environment before printing this email.

DISCLAIMER

This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

---

**From:** Anthony Ramos <aramos@mellado.com>
**Sent:** Tuesday, April 16, 2024 1:51 PM
**To:** elugo@edgelegal.com; Adriana Vega Hernández <avh@edgelegal.com>
**Cc:** Jairo Mellado <jmellado@mellado.com>; Tessie Leal Garabis <tleal@mellado.com>
**Subject:** RE: GSG vs AIP - AIP letter in response to GSG

Dear Counsel:

Per instructions of Jairo Mellado, Esq. and Tessie Leal, Esq., I am sending the attached referenced letter.

Cordially,

*Anthony Ramos*

1