## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Global Sales Group, Corp.<br>Plaintiff,<br><br>v.<br><br>Senci Power USA, Inc/ D/B/A A-I Power Corp.<br>Defendant. | Civil No. 23-1213 (SCC) |

## MINUTES

A Motion Hearing was held today, October 16, 2024, before U.S. Magistrate Judge Giselle López-Soler beginning at 9:40 a.m. and concluding at 12:00 p.m. The parties were represented by their respective counsel: for Plaintiff, Eyck Lugo-Rivera and Adriana Vega-Hernández; for Defendant, Héctor Orejuela-Dávila, Jairo Mellado-Villarreal, Tessie Leal-Garabis; and for non-party Any Parts Corporation, Laura Beléndez-Ferrero.

The Court heard Plaintiff and non-party Any Parts Corp. on the Motion to Quash at Docket No. 71. Plaintiff and Any Parts Corp. were ordered to meet and confer on **October 23, 2024**. A joint informative motion as to outcome of those discussions and any agreements reached is due by **October 25, 2024**. The motion must not exceed five (5) pages.

The Court heard the parties on each of the eight requests included in the Motion to Compel at Docket No. 50.

As to Items Nos. 1, 2, 6 and 7 in Docket No. 50, Plaintiff will draft a supplemental protective order for the Court's consideration. Aside from including the possibility of designating a document as "Attorney's Eyes Only," the proposed order will contemplate a procedure and time frame for the parties to object to any such designation. The parties will meet on **October 23, 2024,** to confer on the proposed supplemental protective order. The proposed supplemental protective order will be submitted for consideration by the Court by **October 25, 2024**.

      Plaintiff will submit the income statements and subledgers for the years 2020-2023 (general ledgers from the years 2020-2023 in Item No. 3), by **October 23, 2024**. By **October 25, 2024**, Plaintiff will submit a statement under penalty of perjury certifying that they do not have general ledgers for the years 2016-2019 (Item No. 4) and that Plaintiff is no longer in possession of any text messages between representatives of Plaintiff and representatives of The Home Depot (Item No. 8). Plaintiff will search for any document(s) that contain the information that would normally be included in invoices and purchase orders (Item No. 5) and will supplement its production with such responsive documents by no later than **October 23, 2024**.

      By **October 25, 2024**, the parties will file a joint informative motion on the outcome of the proceedings set forth above and any pending disputes. The Court will rule on the Motion to Modify Discovery at Docket No. 52 once the parties inform the status of their negotiations. A further motion hearing will be scheduled, if necessary.

      **IT IS SO ORDERED.**

      In San Juan, Puerto Rico, this 16th day of October 2024.

      s/Giselle López-Soler
      GISELLE LÓPEZ-SOLER
      United States Magistrate Judge