**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **GLOBAL SALES GROUP, CORP.**<br><br>*Plaintiff*<br><br>v.<br><br>**SENCI POWER USA, INC. D/B/A/ A-IPOWER, CORP.**<br><br>*Defendant* | Civil No. 23-cv 01213 (SCC)<br><br>Re:<br><br>Breach of Contract; Violation of the Puerto Rico Dealer's Act, Act No. 75 of June 24, 1964, as amended 10 P.R. Laws Ann. §278, *et seq.* |

**MOTION REQUESTING AN EXTENSION OF TIME
TO COMPLY WITH ORDER (DKT. NO. 96)**

**TO THE HONORABLE COURT:**

**COMES NOW**, Any Parts Corporation ("Any Parts"), through the undersigned attorney, and respectfully STATES and PRAYS:

1. On November 6, 2024, this Honorable Court entered an Order mandating Any Parts to produce various documents requested by Global Sales Group, Corp. ("Global Sales Group") in a subpoena. *See Dkt. No. 96.*

2. Although numerous efforts have been made by Any Parts to produce these documents by today, as ordered by this Honorable Court, Any Parts respectfully requests an extension of time of seven (7) days, that is, until November 27, 2024, to comply with the Order. The reason for this request for extension of time is due to the fact that the technician that was hired for compiling the e-mails regarding "A-iPower" products has not finished his endeavor.

**WHEREFORE,** Any Parts respectfully requests an extension of time of seven (7) days, that is, until November 27, 2024, to produce all the documents requested in the Global Sales Group subpoena as ordered by this Honorable Court.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 20th day of November 2024.

**BELÉNDEZ LAW OFFICES**
PO BOX 11534
SAN JUAN, PUERTO RICO 00922
Telephone: (787) 406-8668


By:  s/Laura Beléndez Ferrero
USDC NO. 216301
Lbelendez@msn.com
