## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Global Sales Group, Corp., Plaintiff, <br><br> v. <br><br> Senci Power USA, Inc., Defendant. | Civil No. 23-1213 (SCC) |

## MINUTES

A discovery dispute was brought to the Court's attention during the 30(b)(6) deposition of Héctor Carrasquillo, representative of Carrasquillo CPA Group, PSC ("Carrasquillo Group"). The parties were represented by their respective counsel: for Plaintiff, Eyck Lugo-Rivera, and for Defendant, Jairo Mellado-Villareal. Non-party Carrasquillo Group was represented by José González-Nogueras. Defendant sought relief from the Court after counsel for Carrasquillo Group instructed its representative not to answer the question being posed related to tax returns prepared by Carrasquillo Group. Counsel for Carrasquillo Group alleged that the question exceeded the scope of the topics in the Rule 30(b)(6) Notice of Deposition. After hearing the parties, the Court ruled that the question regarding the tax returns prepared by Carrasquillo Group falls within the scope of the Rule 30(b)(6) notice: "financial and accounting information of GSG—together with the notes of statements and related detail." See Docket No. 125-1. If any objection as to privilege arises during the deposition, the parties may move the Court accordingly.

In San Juan, Puerto Rico, this 26th day of February 2025.

s/Giselle López-Soler<br>
GISELLE LÓPEZ-SOLER<br>
United States Magistrate Judge